UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL STERLACCI,

                Plaintiff,

      -v-

NBCUNIVERSAL MEDIA, LLC, *et al.*,

                Defendants.

25-CV-5690 (JPO)

ORDER OF SERVICE

J. PAUL OETKEN, District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses and an Information Package for named Defendants NBCUniversal Media, LLC and Apple Inc. Plaintiff is directed to serve the summons and amended complaint on the named Defendants within 90 days of the issuance of the summonses.[1]

    If within those 90 days, Plaintiff has not either served named Defendants or requested an extension of time to do so, the Court may dismiss the claims against named Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    SO ORDERED.

Dated: August 11, 2025
       New York, New York

                                    J. PAUL OETKEN
                                    United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiffs filed the complaint. The Court therefore extends the time to serve until 90 days after the date the summons is issued.