# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**Jill Sterlacci**,

Plaintiff,

v.

**NBCUniversal Media, LLC**, **Apple Inc.**, and **John Does 1–60**,

Defendants.

**Case No. 1:25-cv-05690-JPO**

## EMERGENCY LETTER MOTION TO RESTRICT PUBLIC ACCESS TO DOCUMENT 29

I write as the pro se Plaintiff in the above-captioned matter to respectfully request immediate restriction of public access to Document 29 on the docket, filed on August 19, 2025.

Document 29 is titled Motion to Seal Exhibits and Appendices. It inadvertently includes material explicitly marked on its face as "CONFIDENTIAL – FOR IN CAMERA REVIEW ONLY – NOT FOR DOCKETING OR PUBLIC FILING." These pages were tendered solely for in camera review and were not intended for public dissemination.

Pursuant to Fed. R. Civ. P. 5.2 and Local Civil Rule 79.3, I respectfully request that the Clerk's Office (1) immediately restrict access to Document 29 on an administrative basis, and (2) maintain that restriction pending the Court's ruling on the underlying sealing motion.

Good cause exists because the publicly available filing currently discloses personally identifiable information, sensitive forensic materials, and third-party/minor references. Restriction is necessary to prevent irreparable harm and to preserve the integrity of the in camera submission process.

I further request leave to promptly re-file a corrected public version of the Motion to Seal (motion text only), with the confidential materials re-submitted as a separate sealed exhibit in accordance with the Court's directives.

Thank you for your urgent attention to this matter.

Respectfully submitted,

/s/ Jill Sterlacci

Jill Sterlacci

Plaintiff, Pro Se

Legalreview2025@proton.me

Dated: August 19, 2025