## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**Jill Sterlacci**,

Plaintiff,

v.

**NBCUniversal Media, LLC**, **Apple Inc.**, and **John Does 1–60**,

Defendants.

**Case No. 1:25-cv-05690-JPO**

**MOTION TO SEAL EXHIBITS AND APPENDICES**

Plaintiff Jill Sterlacci respectfully moves this Court for an Order allowing her to file under seal the exhibits and appendices submitted in connection with her Amended Complaint, pursuant to Local Civil Rule 79.3 and the Court's inherent supervisory authority.

In support of this motion, Plaintiff states:

1. The exhibits and appendices contain sensitive personally identifying information (PII), confidential medical records, surveillance evidence, and private communications involving third parties, including a minor.
2. Several materials also contain proprietary or confidential business information belonging to NBCUniversal and its technology or security partners, which may implicate internal protocols, software telemetry, or protected infrastructure.
3. The information contained within these materials is not essential to the public's understanding of the legal issues presented, but is critical to the factual substantiation of Plaintiff's claims.
4. The need to protect the privacy of involved individuals, preserve the confidentiality of forensic evidence, and safeguard sensitive corporate data outweighs any presumed right of public access under the common law or First Amendment.
5. Plaintiff is willing to provide redacted versions for public docketing, if necessary, at the Court's direction.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file the appendices and exhibits in support of her Amended Complaint under seal, and enter the attached proposed order.

Dated: August 8, 2025

Respectfully submitted,

**/s/ Jill Sterlacci**

**Jill Sterlacci**

Pro Se Plaintiff

Legalreview2025@proton.me

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**Jill Sterlacci**,

Plaintiff,

v.

**NBCUniversal Media, LLC**, **Apple Inc.**, and **John Does 1–60**,

Defendants.

**Case No. 1:25-cv-05690-JPO**

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

Upon consideration of Plaintiff's Motion to Seal Exhibits and Appendices submitted in connection with her Amended Complaint, and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED. Plaintiff is granted leave to file the supporting exhibits and appendices under seal.

ORDERED FURTHER that the sealed materials shall remain under seal unless and until the Court orders otherwise.

SO ORDERED.

Dated: _____, 2025

New York, NY