UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Jill Sterlacci**,
Plaintiff,

v.

**NBCUniversal Media, LLC, Apple Inc., and John Does 1–60**,
Defendants.

**Case No. 1:25-cv-05690-JPO**

**SUPPLEMENTAL NOTICE OF PLANTED FOREIGN ARTIFACT WITH EPOCH TIMESTAMP**

Plaintiff respectfully submits this supplemental notice to highlight additional evidence of intentional log manipulation and planted foreign artifacts on her NBCUniversal-issued MacBook Pro.

1. **Epoch Timestamp Anomaly.** The installation logs contain entries bearing a timestamp of December 31, 1969, a known "epoch zero" marker in Unix-based systems. Such a value does not occur naturally in the ordinary course of system use. It reflects either (a) system corruption at the kernel level or (b) deliberate injection or alteration. As a non-administrator user with no coding ability and no elevated privileges, Plaintiff could not have created or manipulated such entries.

2. **Timing of Appearance.** The anomaly appears after Plaintiff's April 15, 2025 protected activity, during the same timeframe when other irregularities surfaced (including April 21 and April 28). The temporal alignment supports premeditation: the fabricated artifact was inserted to generate a false appearance of a "foreign nexus."

3. **Foreign Artifacts**. The logs further contain injected Chinese-language strings and inconsistent date-time formats, confirming external manipulation. These entries are inconsistent with Plaintiff's usage patterns and are wholly outside the scope of ordinary macOS or enterprise install behavior.

*Sterlacci v. NBCUniversal Media LLC et al. 1:25-cv-05690-JPO*

4. **Premeditation and Cover-Up**. The deliberate use of the 12/31/1969 epoch timestamp reflects intent to obfuscate the true timing and origin of the planted code. It is a known tactic for concealing tampering while creating plausible deniability. This cannot be explained as a benign "glitch." The choice of 12/31/1969 is not random; it is a standard obfuscation tactic used in digital forensics to disguise tampering while leaving no legitimate system explanation

5. **Chain of Escalation**. These manipulated logs directly preceded:
   - Unauthorized deployment of Microsoft Teams audio/screen surveillance;
   - False designation of Plaintiff as a national security concern;
   - Escalation to physical surveillance and child endangerment.

6. **Reservation of Full Exhibits**. Screenshots are attached for preliminary notice. The full unaltered files will be submitted in Appendix L (Planted Artifact Evidence) upon resolution of Plaintiff's pending motion to seal exhibits.

**Respectfully submitted,**
*/s/Jill Sterlacci*
Jill Sterlacci
Plaintiff, Pro Se
legalreview2025@proton.me
Dated: August 27, 2025
New York, New York

## Exhibit A - Epoch Dates









*Sterlacci v. NBCUniversal Media LLC et al. 1:25-cv-05690-JPO*

Exhibit B - Premeditated Language Chooser




*Sterlacci v. NBCUniversal Media LLC et al. 1:25-cv-05690-JPO*