**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Jill Sterlacci**,
Plaintiff,

v.

**NBCUniversal Media, LLC, Apple Inc., and John Does 1–60**,
Defendants.

**Case No. 1:25-cv-05690-JPO**


**Emergency Renewal of Motion for Judicial Custody of Plaintiff's Work-Issued Devices**


Plaintiff Jill Sterlacci respectfully renews her July 15, 2025 request (filed under pseudonym Jane Doe, see ECF No. 14, 15, 16) for this Court to immediately take possession of her NBCUniversal-issued devices, specifically her work-issued MacBook computers and any associated hardware.

This request is not new, but a continuation of Plaintiff's original application, now resubmitted under her true name following the Court's directive.


**Basis for Renewal**

1. Preservation of Evidence
   Plaintiff's devices contain critical forensic evidence of unauthorized installations, planted artifacts, and unlawful surveillance, as outlined in Appendix G and supplemental filings (ECF Nos. 22, 23, 28, 29, 35). Without judicial custody, the integrity of this evidence remains in imminent danger.

2. Risk of Spoliation
   Plaintiff has already documented remote disabling and interference with her work-issued MacBook following federal filings. Continued exposure to NBCUniversal's control or remote access creates an ongoing and unacceptable risk of spoliation.

3. Chain of Custody
   Only this Court can ensure neutral preservation of these devices under federal chain-of-custody protocols. Plaintiff cannot reasonably safeguard them given the history of tampering and retaliation.

4. Public and Child Safety
   The compromised devices contain evidence directly tied to surveillance of Plaintiff's residence and her minor child's environment. Protecting these devices is therefore a matter of not only evidentiary integrity but also public and child safety.

**Relief Requested**

Plaintiff respectfully requests that this Court:

1. Order Plaintiff's work-issued devices (MacBooks and related hardware) surrendered immediately into the custody of the Clerk of Court or another neutral federal authority designated by the Court;
2. Direct that these devices be preserved intact, without alteration, and secured under federal chain-of-custody protocols pending forensic examination;
3. Incorporate this relief into Plaintiff's pending request for a Temporary Restraining Order (TRO) and related emergency protections.

**Respectfully submitted,**
*/s/ Jill Sterlacci*
Jill Sterlacci
Plaintiff, Pro Se
legalreview2025@proton.me
Date: September 2, 2025