UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JILL STERLACCI,

                              Plaintiff,

        -v-

NBCUNIVERSAL MEDIA, LLC, *et al.*,

                             Defendants.

25-CV-5690 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Pro se Plaintiff and counsel for Defendants are directed to appear for a telephone conference with the Court on September 10, 2025, at 12:00 p.m. to address Plaintiff's requests for emergency relief. Plaintiff and counsel for Defendants should call (855) 244-8681 at the scheduled time. The access code is 2312 828 7066.

    Plaintiff is directed to serve a copy of this order on counsel for Defendants NBCUniversal Media, LLC and Apple Inc. Plaintiff is also directed to provide the Court with contact information for counsel for Defendants if available.

    SO ORDERED.

Dated: September 3, 2025
         New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge