**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 JILL STERLACCI,

                         Plaintiff,

        -against-                                25 **CIVIL** 5690 (JPO)

                                                  **JUDGMENT**

NBCUNIVERSAL MEDIA, LLC, et al.,

                        Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 4, 2026, Defendants' motions to dismiss are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

    May 6, 2026

                                       **TAMMI M. HELLWIG**
                                 _____
                                      **Clerk of Court**

                  **BY:**            K. Mango

                                _____
                                     **Deputy Clerk**